THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* BORIS FLOWERS, Defendant-Appellant.

(No. 59332;

First District (3rd Division)—June 20, 1974.

Opinion by Mr. JUSTICE DEMPSEY.

James J. Doherty, Public Defender, of Chicago (Alan Eckstein and Ronald P. Alwin, Assistant Public Defenders, of counsel), for appellant.

Bernard Carey, State's Attorney, of Chicago (Kenneth L. Gillis and John M. Cutrone, Assistant State's Attorneys, of counsel), for the People.